UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASHFORD HOSPITALITY TRUST 2018-KEYS COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, acting by and through Trimont Real Estate Advisors, LLC as Special Servicer under the Pooling and Servicing Agreement dated as of July 16, 2018,<br><br>                           Plaintiff,<br><br>                           -against-<br><br>ASHFORD TIPTON LAKES LP, *et al.*,<br><br>                           Defendants. | CIVIL ACTION FILE NO.<br>1:23-cv-09989-JLR<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

    The motion of James H. Pulliam, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of North Carolina and South Carolina; and that his contact information is as follows (please print):

    Applicant's Name: James H. Pulliam

    Firm Name: Kilpatrick Townsend & Stockton LLP

    Address: 214 North Tryon Street, Suite 2400

    City/ State/ Zip: Charlotte, NC 28202

    Telephone/ Fax: (704) 338-5288 / (704) 371-8311 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: February 28, 2024

_____*Jennifer Rochon*_____
United States District/ Magistrate Judge
The Honorable Jennifer L. Rochon