**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILMINGTON TRUST, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED HOLDERS OF ASHFORD HOSPITALITY TRUST 2018-KEYS COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, acting by and through Trimont Real Estate Advisors, LLC as Special Servicer under the Pooling and Servicing Agreement dated as of July 16, 2018,

                          Plaintiff,

                  23 **CIVIL** 9989 (JLR)

-against-

**DEFAULT JUDGMENT**

ASHFORD TIPTON LAKES LP; ASHFORD SCOTTSDALE LP; ASHFORD PHOENIX AIRPORT LP; ASHFORD HAWTHORNE LP; ASHFORD PLYMOUTH MEETING LP; ASHFORD SAN JOSE LP; and ASHFORD LV HUGHES CENTER LP,

                          Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Opinion and Order dated March 1, 2024, the Court GRANTS the relief requested in the Motion by entering a default judgment against Defendants and appointing a receiver. As further set forth in this Order. Based upon the foregoing, this Court GRANTS Plaintiff's motion for default judgment and enters judgment in favor of Plaintiff and against Defendants on all counts of the Complaint. The Receiver is required to submit proof of receivers bond with the Clerk of this Court in the amount of $50,000.00.

DATED: New York, New York
           March 18, 2024

                                                      RUBY J. KRAJICK
                                                      _____
                                                           Clerk of Court

                                               BY: _____
                                                            Deputy Clerk