Holland & Knight

787 Seventh Avenue 31st Floor | New York, NY 10019 | T 212.751.3171 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

August 14, 2026

***VIA ECF***

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States
500 Pearl Street
New York, New York 10007-1312

Request GRANTED. The deadline for Receiver to file his accounting and move/stipulate to his discharge is extended to 90 days after (i) prorations are completed relating to the sale of the San Jose Property; and (ii) resolution of the title issue relating to the Hawthorne property.

Dated: August 17, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Wilmington Trust, N.A., etc., v. Ashford Tipton Lakes LP, et al.,* Case No. 23-cv-09989-JLR (the "Ashford Tipton Action")
Letter-Motion to Extend Time to File Accounting and Move to Discharge Receiver

Dear Judge Rochon:

Counsel for the court-appointed receiver Jeffrey Kolessar of GF Hotels & Resorts (the "Receiver") and plaintiff Wilmington Trust, National Association, solely in its capacity as Trustee for the Registered Holders of Ashford Hospitality Trust 2018-Keys Commercial Mortgage Pass-Through Certificates ("Plaintiff", and together with the Receiver, the "Parties") respectfully submit this joint letter motion, in accordance with Section 1.F of Your Honor's Individual Practices, to request an extension of time for the Receiver to file its accounting and move/and or stipulate to discharge the Receiver from August 17, 2026 until 90 days after (i) prorations are completed relating to the sale of the San Jose Property; and (ii) resolution of the title issue relating to the Receiver's Deed of the Hawthorne property, as further detailed below.

**The Ashford Tipton Action Status Update**

On November 13, 2023, Plaintiff commenced the Ashford Tipton Action for contractual relief relating to a collective $144,400,000.00 loan borrowed by defendants from Plaintiff's predecessor-in-interest. The aforementioned-loan is secured by, among other things, seven (7) unique security instruments (e.g., deeds of trust, mortgages, etc.), each recorded upon seven (7) different hotel properties located throughout five (5) separate states. Similarly, as set forth above, each security instrument grants Plaintiff a security interest in the collateral consisting of, *inter alia*,

the real property and improvements comprising each hotel, each hotel's personal property, including books and records, and the revenues from each hotel's operations.

Since commencement of this action, defendants have failed to answer or otherwise respond to the complaint and defaulted in the action. On March 1, 2024, the Receiver was appointed as the temporary court-appointed receiver pursuant to that certain Memorandum Opinion and Order (Ashford Tipton Action, ECF No. 62, the "Tipton Receivership Order").

Provided below is a status update of the seven (7) different hotel properties as of the date hereof:

| Defendant | Property Address | Hotel Name | Status |
|---|---|---|---|
| Ashford Tipton Lakes LP | 3888 Mimosa Drive, Columbus, IN 47201 | Courtyard by Marriott Columbus Tipton Lakes | Sold per the Court's So-Ordered Stipulation dated September 6, 2024. |
| Ashford Scottsdale LP | 311 N. Scottsdale Road, Scottsdale, AZ 85251 | Courtyard by Marriott Scottsdale Old Town | Acquired by Plaintiff through a deed-in-lieu agreement approved by Court's So-Ordered Stipulation dated May 8, 2026 |
| Ashford Phoenix Airport LP | 801 N. 44th Street, Phoenix, AZ 85008 | Residence Inn by Marriott Phoenix Airport | Acquired by Plaintiff through a deed-in-lieu agreement approved by Court's So-Ordered Stipulation dated May 8. 2026 |
| Ashford Hawthorne LP | 14620 Aviation Boulevard, Hawthorne, CA 90250 | SpringHill Suites by Marriott Los Angeles LAX/Manhattan Beach | Acquired by Plaintiff through a deed-in-lieu agreement approved by Court's So-Ordered Stipulation dated May 8, 2026 |
| Ashford Plymouth Meeting LP | 430 Plymouth Road, Plymouth Meeting, PA 19462 | SpringHill Suites by Marriott Philadelphia Plymouth Meeting | Sold per the Court's So-Ordered Stipulation dated January 14, 2026 |
| Ashford San Jose LP | 35466 Dumbarton Court, Newark, CA 94560 | Residence Inn by Marriott Newark Silicon Valley | Sold per the Court's So-Ordered Stipulation dated March 31, 2026 |
| Ashford LV Hughes Center LP | 370 Hughes Center Drive, Las Vegas, NV 89169 | Residence Inn by Marriott Las Vegas Hughes Center | Acquired by Plaintiff through a deed-in-lieu agreement approved by Court's So-Ordered Stipulation dated May 8, 2026 |

Paragraph 34 of the Tipton Receivership Order provides:

> If and when judicial or non-judicial foreclosure proceedings against the entire Premises shall have been consummated, or upon the consummation and conveyance of the entire Premises pursuant to a Deed-in-Lieu of Foreclosure, or upon the sale of the entire Premises pursuant to a further order or orders of this court, or upon payment of the Loan in full, and without further order of this Court, the Receiver shall within thirty (30) days of such occurrence move the Court to be discharged and relieved from this Order and shall render a final report to the Court, to Plaintiff and to Defendants concerning the operations of Defendants' Assets. The parties shall file any objections to the motion and report within fifteen (15) days of the filing of such documents.

On July 17, 2026, the Receiver conveyed the mortgaged property located at 35466 Dumbarton Court, Newark, CA 94560 (the "San Jose Property"). Since the San Jose Property is the last property comprising the entire Premises, pursuant to Paragraph 34 above, the Receiver was to file its accounting and move the Court to be discharged and relieved 30 days thereafter – August 17, 2026 (August 16, 2026 falling on a Sunday). Though the Receiver conveyed the San Jose property on July 17, 2026, the Receiver and the Buyer have not completed the prorations. Under Section 3.3(o) of the Purchase and Sale Agreement the parties are permitted an additional 90 days to do so, which terms were approved by the Court by Stipulation and Order dated March 31, 2026 (Ashford Tipton Action, ECF 84).

Plaintiff acquired the mortgaged property located at 14620 Aviation Boulevard, Hawthorne, CA 90250 (the "Hawthorne Property") by deed in lieu agreement approved by this Court's So-Ordered Stipulation dated May 8, 2026. During the subsequent sale of the Hawthorne Property on August 6, 2026, Plaintiff determined that there was a scrivener's error in the land description of the Deed of Trust which had carried through to the Tipton Receivership Order and the Receiver' Deed. Though the parties were ultimately able to close the sale transaction, the Receiver would like to correct the record and title.

Therefore, the Receiver respectfully requests that the time to file his accounting and move and/or stipulate to his discharge be extended from August 17, 2026 until 90 days after prorations are completed relating to the sale of the San Jose Property and the resolution of the title issue relating to the Hawthorne property. No prior application for such extension has been made.

As noted above, this is a joint application by Plaintiff and Receiver and defendants have defaulted.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Attorneys for court-appointed Receiver Jeffrey Kolessar*

By: */s/ Evelyn H. Seeler*
Keith M. Brandofino, Esq.
Evelyn H. Seeler, Esq.

**KILPATRICK TOWNSEND & STOCKTON LLP**
*Attorneys for Plaintiff*

By: ______________________
Frederick L. Whitmer, Esq.
Burleigh L. Singleton, Esq.
Evan S. Nadel, Esq.

cc: Attorneys of record (via ECF)